UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO.   25-CR- |
| v. | : 25-MJ-83 |
| | : |
| ANTONIO COOK, | : 18 U.S.C. § 922(g)(1) |
| | : (Unlawful Possession of a Firearm and |
| Defendant. | : Ammunition by Person Convicted of a Crime |
| | : Punishable by Imprisonment for a Term |
| | : Exceeding One Year) |
| | : |
| | : FORFEITURE: 18 U.S.C. § 924(d), |
| | : 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 12, 2025, within the District of Columbia, **ANTONIO COOK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia Case Number 20-CR-186 (APM), did unlawfully and knowingly receive and possess a firearm, that is, a KAHR, Model P9, 9mm semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

### FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Count Two of this information, **ANTONIO COOK** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of any of the offenses alleged in Count One of this Information, **ANTONIO COOK** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

a. A KAHR, Model P9, 9mm semi-automatic handgun, bearing serial number EA671, seized on May 12, 2025.

b. Six rounds of 9mm ammunition seized on May 12, 2025.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

**ANTONIO COOK** shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

>(**Criminal Forfeiture**, pursuant to 18 U.S.C. § Section 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))

                Respectfully Submitted,

                JEANINE FERRIS PIRRO
                United States Attorney

By:    */s/ James B. Nelson*
        JAMES B. NELSON
        D.C. Bar No. 1613700
        Assistant United States Attorney
        Federal Major Crimes Section
        601 D. Street, N.W.
        Washington, D.C. 20530
        (202) 252-6986
        james.nelson@usdoj.gov